DARRELL D. DENNIS
Nevada Bar No. 6618
JASON G. REVZIN
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada  89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email:  darrell.dennis@lewisbrisbois.com
Email:  jason.revzin@lewisbrisbois.com
**COUNSEL FOR DEFENDANT TRANS UNION LLC**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOE W. RAINEY, an individual; SHELEE J. RAINEY, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX, INC., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION, LLC, a foreign limited liability company;<br><br>Defendants. | Case No. 2:15-cv-00229-JCM-PAL<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiffs Joe W. Rainey and Shelee J. Rainey have announced to the Court that all matters in controversy against Trans Union have been resolved.  A Stipulation of Dismissal with Prejudice has been signed and filed with the Court.  Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiffs Joe W. Rainey and Shelee J. Rainey against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

DATED November 13, 2015.

_____
UNITED STATES DISTRICT JUDGE

4844-6346-9098.1