UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOE W. RAINEY, et al., | Case No. 2:15-cv-00229-JCM-PAL |
| Plaintiffs, | ORDER |
| v. | |
| COMPANY BLACK & LOBELLO, | |
| Defendant. | |

This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5).  The Discovery Plan and Scheduling Order (Dkt. #16) filed June 15, 2016, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than December 28, 2015.  Stipulations to dismiss have been entered as to all of the Defendants.  Although Black & Lobello is shown on the docket sheet as a Defendant it was not been named as a Defendant and only appeared in this action through counsel on November 9, 2015 by filing a Notice of Attorney's Lien (Dkt. #21).  On December 15, 2015 Black & Lobello filed a Release of Attorneys" Lien (Dkt #26) indicating its lien has been satisfied in full.  Accordingly,

**IT IS ORDERED** that the Clerk of Court shall close this case effective December 15, 2015, the date Black & Lobello filed its Release (Dkt. #26).

DATED this 25th day of January, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE